GEORGE E. DEBLOIS, guardian, *vs.* EVA ARSENAULT & others.  October 1, 1958.  Decree affirmed.  The probate judge before allowing the account of the appellant, as a temporary guardian, disallowed one item of disbursement as a duplication, reduced another to conform to the fact, and allowed as a fee the sum of $1,400 rather than the sum of $4,839.56 requested in the account.  There is no report of the evidence and the report of material facts shows no basis for a claim of error.  There is nothing stated to support the contention that the disallowed disbursement items should have been trans-

Rescripts.

ferred to the item of "miscellaneous expenses." On the facts stated it was plainly within the judge's discretion to fix the fee at $1,400.

*Austin A. Philbin,* for the petitioner.

*George K. Shamgochian,* for the respondents.